# PLAINTIFFS' INDEX OF ATTACHMENTS TO COMPLAINT

| Appendix | Description |
|---|---|
| A. | Fusion Plaintiffs |
| B. | Escape Plaintiffs |

| Exhibit | Description |
|---|---|
| A. | Presentation: *General Motors Hydra-Matic & Ford New FWD Six-Speed Automatic Transmission Family*; Charles Lewis, General Motors Powertrain; Bryce Bollwahn, Ford Motor Company; SAE 2007 World Congress, Detroit, Michigan; April 16-19, 2007 |
| B. | Article: *New Fuel-Saving 6-Speed Transaxle To Propel Ford Edge To Head Of Crossover Utility Class*; Ford Motor Company; November 9, 2005 |
| C. | Article: *Ford Begins Production of New Mid-Range Six Speed Automatic*; Auto Blog; Sam Abuelsamid; May 8, 2008 |
| D. | Press Release: *Ford's New 6-Speed Automatic Transmission Offers 4-6 Percent Fuel Economy Improvement*; Ford Motor Company; May 7, 2008 |
| E. | Article: *Ford Says Homegrown CVT Key to Speed, Fuel Economy of New Hybrids*; Ward's Auto; Aug. 17, 2012 |
| F. | Article: *Ford Celebrates Production of First North American FWD Hybrid Transmission*, Torque News: Don Bain; Aug. 2, 2012 |
| G. | 2010 Fusion Marketing Brochure |
| H. | 2010 Fusion Tech Info |
| I. | 2011 Fusion Marketing Brochure |

i

| | |
|---|---|
| J. | 2011 Fusion Tech Info |
| K. | 2011 Fleet Guide |
| L. | 2012 Fusion Marketing Brochure |
| M. | 2012 Fusion Tech Info |
| N. | 2013 Fusion Marketing Brochure |
| O. | 2014 Fusion Marketing Brochure |
| P. | 2015 Fusion Marketing Brochure |
| Q. | 2016 Fusion Marketing Brochure |
| R. | 2017 Fusion Marketing Brochure |
| S. | Index of 423 Consumer Complaints to NHTSA re Fusion's 6F35 Transmission |
| T. | Index of 150 Consumer Complaints to NHTSA re Fusion's CVT |
| U. | Technical Service Bulletins (TSB) Regarding Fusion Transmissions |
| V. | Article: *Ford knew Focus, Fiesta models had flawed transmission, sold them anyway*; Detroit Free Press, Sept. 10, 2019 |
| W. | Article: *Ford recalls 270,000 Fusion cars to fix glitch that can cause vehicles to shift gears and roll away*; CNBC, May 15, 2019 |
| X. | Article: *Feds Investigate Whether Ford Should Recall A Million Sedans Over Break Failures*; Forbes, Apr. 24, 2019 |
| Y. | NHTSA ODI Resume |
| Z. | Article: *Ford Recalls Fusion and Lincoln MKZ Vehicles,* carcomplaints.com, Nov. 5, 2018 |
| AA. | Article: *Ford Expands Takata Airbag Recalls By 953,000 Vehicles*; carcomplaints.com, Jan. 4, 2019 |
| BB. | Article: *Loose steering wheels trigger Ford recall of 1.4M Fusion, Lincoln MKZ cars*; USA Today, Mar. 14, 2018 |

| | |
|---|---|
| CC. | Summary: *Ford Recall 11S23: Fracture Wheel Studs*; carcomplaints.com, Dec. 7, 2011 [screenshot] |
| DD. | Article: Ford recalls Edge, Fusion, Lincoln MKZ for transmission gremlins; Road Show, July 11, 2017 |
| EE. | Article: Ford Recalls Edge, Fusion, Lincoln MKX and Lincoln MKZ; carcomplaints.com, Aug. 31, 2019 |
| FF. | Customer Satisfaction Program ("CSP") 17B38 |
| GG. | CSP 16B32 |
| HH. | CSP 10B15 |
| II. | CSP 16B38 |
| JJ. | CSP 14B07 |
| KK. | Ford Sales and Service Agreement |